*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Isaiah S. MARSHALL**
Aviation Boatswain's Mate Launch and Recovery Petty Officer
Second Class (E-5), U.S. Navy
*Appellant*

**No. 202400133**

_____

Decided: 31 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Mishonda M. Mosley

Sentence adjudged 22 February 2024 by a general court-martial tried at Region Legal Service Office Mid-Atlantic, Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for four years, and a bad-conduct discharge.[1]

---

[1] Appellant was credited with have served 131 days of pretrial confinement, which was announced, but not listed in the Entry of Judgment. We modify the Entry of Judgment in our decretal paragraph.

For Appellant:
*Lieutenant Jesse B. Neumann, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment failed to describe the segmented sentence announced on the record, and also failed to include Appellant's pretrial confinement credit.[3] Additionally, the sole Specification of Charge VII was incorrectly listed.[4] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[5] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] Rule for Courts-Martial 1111(b)(2).

[4] *United States v. Wadaa*, 84 M.J. 652 (N-M. Ct. Crim. App. 2024).

[5] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400133 |
| v. | **ENTRY OF JUDGMENT** |
| **Isaiah S. MARSHALL** Aviation Boatswain's Mate Launch and Recovery Petty Officer Second Class (E-5) U.S. Navy | *As Modified on Appeal* |
| *Accused* | **30 October 2024** |

On 22 February 2024, the Accused was tried at Region Legal Service Office Mid-Atlantic, Norfolk, Virginia, by a general court-martial, consisting of a military judge sitting alone. Military Judge Mishonda M. Mosley presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120b, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 920b.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Specification 1:** **at or near Norfolk, Virginia on divers occasions between 1 January 2019 and 23 October 2019, commit sexual assault of a minor.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Specification 2:** **at or near Norfolk, Virginia on divers occasions between 1 January 2019 and 23 October 2019, commit sexual assault of a minor.**

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed.

**Charge II:**   **Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:**   **at or near Norfolk, Virginia on divers occasions between 1 January 2019 and 25 July 2022, commit a violent offense against the intimate partner of the accused.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:**   **at or near Norfolk, Virginia on or about 25 July 2022, commit a violent offense against the intimate partner of the accused.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:**   **at or near Norfolk, Virginia on or about 25 July 2022, commit an offense with the intent to threaten or intimidate the intimate partner of the accused.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge III:**   **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:**   **at or near Norfolk, Virginia on divers occasions between 1 January 2019 and 23 October 2021, produce child pornography.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:**   **at or near Norfolk, Virginia on divers occasions between 1 May 2023 and 14 June 2023, possess child pornography.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **at or near Norfolk, Virginia on divers occasions between 1 May 2023 and 14 June 2023, distribute child pornography.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge IV:** **Violation of Article 90, Uniform Code of Military Justice, 10 U.S.C. § 890.**

*Plea:* Guilty by Exceptions and Substitutions.

*Finding:* Guilty, except for the words "by sending Ms. Deria Benitsky a text message" and substituting the words, "by telling a third party to send a message to Deria Benitsky."

**Specification:** **at or near Norfolk, Virginia on 13 October 2023, willfully disobey a superior commissioned officer.**

*Plea:* Guilty by Exceptions and Substitutions.

*Finding:* Guilty, except for the words "by sending Ms. Deria Benitsky a text message" and substituting the words, "by telling a third party to send a message to Deria Benitsky."

**Charge V:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification:** **at or near Portsmouth, Virginia between on or about 1 June 2023 and 14 October 2023, attempt to commit premeditated murder.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge VI:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification:** **at or near Norfolk, Virginia on or about 14 October 2023, violate a lawful general order, to wit: paragraph (l) of Commander, Navy Region Mid-Atlantic Instruction 5820.2A dated 15 April 2015 by wrongfully transporting a firearm in his vehicle on Naval Air Station Oceana.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge VII: Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification: at or near Virginia Beach, Virginia on or about 16 June 2023, make a false official statement.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge VIII: Violation of Article 130, Uniform Code of Military Justice, 10 U.S.C. § 930.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 1: at or near Portsmouth, Virginia on or about 1 January 2023 and 14 October 2023, commit stalking.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2: at or near Portsmouth, Virginia between 1 January 2023 and 14 October 2023, commit stalking.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge IX: Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1: at or near Chesapeake, Virginia between 24 November 2023 and 7 December 2023, obstruct justice.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:** at or near Chesapeake, Virginia between 24 November 2023 and 7 December 2023, obstruct justice.

> *Plea:* Guilty.
> *Finding:* Guilty.

## SENTENCE

On 22 February 2024, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for a total of four years.**

> *Specification 2 of Charge II: confinement for thirty-six months.*
>
> *Specification 2 of Charge III: confinement for four years.*
>
> *Charge IV and its sole specification as excepted and substituted: confinement for twelve months.*
>
> *Specification 2 of Charge IX: confinement for three years.*

*Confinement will run concurrently.*

*The Accused received 131 days of pretrial confinement credit.*

**Bad-Conduct Discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court